## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTHERN OKLAHOMA

| | | |
|---|---|---|
| **(1) J. FRANKLIN PUBLISHERS, INC.**<br>**an Oklahoma corporation, d.b.a.**<br>**SELLING RETAIL INTERNATIONAL** | )<br>)<br>) | **FILED**<br><br>JUN 3 0 2011<br><br>Phil Lombardi, Clerk<br>U.S. DISTRICT COURT |
| **Plaintiff,** | )<br>) | |
| | ) | |
| **v.** | ) | **Case No.:** |
| | )<br>) | |
| **(1) TODD F. MILLER d.b.a**<br>**CHARLECOTE ANTIQUES** | )<br>)<br>) | **11 CV - 412 TCK   TLW** |
| **Defendant.** | ) | |

### COMPLAINT

J. Franklin Publishers, Inc. ("JFP") complains as follows against Todd Miller doing business as Charlecote Antiques, and, on information and belief, alleges and states:

### NATURE OF ACTION

1.      This is an action for copyright infringement pursuant to 17 U.S.C. §501.

### PARTIES

2.      JFP is, and has been at all times relevant to this lawsuit, an Oklahoma corporation with its principal place of business in Oklahoma.  JFP does business under the tradename "Selling Retail International."

3.      JFP is, and has been at all times relevant to this lawsuit, in good standing with the Secretary of State of Oklahoma.

4.      Defendant Todd Miller is an individual and, upon information and belief, a resident of Missouri. Defendant Todd Miller personally participated in and controlled and directed the



business activities of his sole proprietorship, Charlecote Antiques. Todd Miller does business as

Charlecote Antiques.

JURISDICTION

5.      This court has original subject matter jurisdiction over this copyright infringement action

pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1338(a).

6.      This court has original subject matter jurisdiction over this action pursuant to 28 U.S.C.

§1332(a)(1) and §1332(c) because this is a civil action between parties with complete diversity

of citizenship and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

7.      Miller purposely directs activities at Oklahoma residents, which activities have resulted

in the copyright infringement alleged herein.  Miller specifically uses a website to buy and sell

antiques, offering to "send photographs of items that we have in stock" to out of state customers.

8.      Miller purposefully directs and effectuates unauthorized, derivative reproduction of JFP-

owned copyrighted works at http://www.charlecoteantiques.com ("Charlecote Website").

9.      Miller's unauthorized, derivative reproduction of JFP-owned copyright works found on

the Charlecote Website is purposely targeted to Oklahoma residents and to actual and potential

customers from Oklahoma.

10.     Miller made derivative works from, on an unauthorized basis, substantial portions of the

literary work entitled "Furniture Facts," from a source emanating from Oklahoma. (*See*

"Furniture Facts," pages 1 and 2, attached as Exhibit 1)

11.     Miller displayed and displays derivative works, including substantial excerpts from

"Furniture Facts" on the Charlecote Website.

12.     Miller's display of unauthorized, derivative works and substantial excerpts of "Furniture

Facts" was and is purposely directed at Oklahoma residents.

2

13.     Miller's contacts with Oklahoma are continuous and systematic because Miller, through the Charlecote Website, continually solicits Oklahoma residents for antique furniture purchases and sales.

14.     Miller's contacts with Oklahoma are continuous and systematic because Charlecote Website provides contact information for the business to customers within Oklahoma.

## VENUE

15.     The United States District Court for the District of Northern Oklahoma is an appropriate venue, pursuant to 28 U.S.C. §1391(b)(2), because a substantial part of the events giving rise to the claim for relief are situated in Oklahoma.

16.     The United States District Court for the District of Northern Oklahoma is an appropriate venue, pursuant to 28 U.S.C. § 1391(b)(3) and §1400(a), because Miller, doing business as Charlecote Antiques, may be found in Oklahoma.

17.     The United States District Court for the District of Northern Oklahoma is an appropriate venue, pursuant to 28 U.S.C. §1391(c), because Miller, doing business as Charlecote Antiques, is subject to personal jurisdiction in Oklahoma.

## FACTS

18.     JFP is the copyright owner of the literary work entitled "Furniture Facts" (the "Work").

19.     The Work constitutes copyrightable subject matter, pursuant to 17 U.S.C. §102(a)(1).

20.     On December 17, 1990, a Purchase and Sale Agreement was recorded with the United States Copyright Office, copyright document number V2602P510-513, transferring registration of the Work to JFP, doing business as Selling Retail International (*See* United States Copyright Office Registration Page attached as Exhibit 2).

21.     Miller owns the domain name http://www.charlecoteantiques.com and is the registrant for Charlecote Website.

22.     Miller, without the permission or consent of JFP, willfully created derivative works from, reproduced, distributed and/or displayed excerpts from the Work on the Charlecote Website, including but not limited to the following pages, attached as Exhibit 3, from the Charlecote Website:

a.      "William and Mary"

http://www.charlecoteantiques.com/antique_furniture.asp?periodID=2

b.      "Queen Anne"

http://www.charlecoteantiques.com/antique_furniture.asp?periodID=3

c.      "Regency Period"

http://www.charlecoteantiques.com/antique_furniture.asp?styleID=7

d.      "Chippendale"

http://www.charlecoteantiques.com/antique_furniture.asp?styleID=2

e.      "Adam"

http://www.charlecoteantiques.com/antique_furniture.asp?styleID=4

f.      "Hepplewhite"

http://www.charlecoteantiques.com/antique_furniture.asp?styleID=5

g.      "Sheraton"

http://www.charlecoteantiques.com/antique_furniture.asp?styleID=6

23.     Miller created derivative works from and copied substantial portions of the Work, including the style, format, and content, without giving credit to JFP as author, amounting to willful plagiarism and infringement of JFP's intellectual property.

4

24.     JFP did not grant Miller permission, in any manner, to reproduce, display, create derivative works from, or otherwise exploit the Work.

CLAIM FOR RELIEF: COPYRIGHT INFRINGEMENT

25.     JFP repeats and realleges the allegations set forth in Paragraphs 1 through 24 above.

26.     JFP holds the exclusive right to reproduce copies of the Work, pursuant to 17 U.S.C. §106(1).

27.     JFP holds the exclusive right to prepare derivative works based upon the Work, pursuant to 17 U.S.C. §106(2).

28.     JFP holds the exclusive right to distribute copies of the Work, pursuant to §106(3).

29.     JFP holds the exclusive right to publicly display the Work, pursuant to 17 U.S.C. §106(5).

30.     Miller created an unauthorized derivative of the Work, in derogation of JFP's exclusive rights under 17 U.S.C. §106(2).

31.     Miller distributes unauthorized reproductions of the Work via Charlecote Website, in derogation of JFP's exclusive rights under 17 U.S.C. §106(3).

32.     Miller publicly displays an unauthorized reproduction of substantial portions of the Work at Charlecote Website, in derogation of JFP's exclusive rights under 17 U.S.C. §106(5).

33.     Miller has willfully engaged in the copyright infringement of the Work.

34.     Miller's acts as alleged herein, and the ongoing direct results of those acts, have caused and will continue to cause irreparable harm to JFP in an amount JFP cannot ascertain, leaving JFP with no adequate remedy at law.  Unless Miller is preliminarily and permanently enjoined from further infringement of the Work, JFP will be irreparably harmed, and JFP is thus entitled

5

to preliminary and permanent injunctive relief against further infringement by Miller of the Work, pursuant to 17 U.S.C. §502.

## PRAYER FOR RELIEF

JFP requests that this Court grant JFP's claim for relief herein as follows:

1.      Preliminarily and permanently enjoin and restrain Todd Miller dba Charlecote Antiques and Miller's officers, agents, servants, employees, attorneys, parents, subsidiaries, related companies, partners, and all persons acting for, by, with, through, or under Miller, from directly or indirectly infringing the Work by reproducing the Work, preparing derivative works based on the Work, distributing the Work to the public, and/or displaying the Work, or ordering, directing, participating in, or assisting in any such activity;

2.      Direct Miller to preserve, retain, and deliver to JFP in hard copies or electronic copies of:

    a.      All evidence and documentation relating in any way to Miller's use of the Work, in any form, including, without limitation, all such evidence and documentation and history of revisions relating to Charlecote Website;

    b.      All evidence and documentation relating to the names and addresses (whether electronic mail addresses or otherwise) of any person with whom Miller has communicated regarding Miller's use of the Work; and

    c.      All financial evidence and documentation relating to Miller's use of the Work;

3.      Award JFP the actual damages and profits for the infringement of the Work, pursuant to 17 U.S.C. §504(b) or, alternatively, award JFP statutory damages allowed by 17 U.S.C. §504(c) up to the maximum amount of $150,000.00 as to each act of infringement by Miller, or such amount as may be proper under the statute ;

4.      Award JFP all of its attorney fees and costs as allowed by 17 U.S.C. §505.

5.      Award JFP pre-and post-judgment interest in accordance with applicable law; and

6.      Award JFP such other relief as this Court deems appropriate.

Dated this 30TH day of June, 2011.

Respectfully submitted,

PARAMOUNT LAW

Victor R. Wandres, OBA #19591
115 W. 3rd St., Ste. 411
Tulsa, OK 74103
(918) 200-9272

*Attorney for Plaintiff*

EXHIBIT 1



# Furniture Facts

## THE 21ST CENTURY EDITION

Furniture Facts © is published
in the interest of the
Furniture Industry by

      J. Frankin, Publishers, Inc.
      Furniture Facts ~ The 21st Century Edition
      28th Edition, Copyright, 1999; Second Impression, 2003;
      Third Impression, 2005;  Fourth Impression, 2007.
      ISBN#0-9616736-6-4

Furniture Facts© 28th Edition,
Library of Congress Catalog Card Number: 99 075825
Printed in U. S. A.

Distributed exclusively by:

Selling Retail International™ Inc.
1-800-444-6141

All Rights Reserved under the international Copyright laws. Contents
may not be reprinted or duplicated in any way, except for brief
quotations in reviews and as a citation of authority without the written
permission of the copyright owners: Contact J. Franklin Publishers,
Inc., P.O. Box 14057, Tulsa, Oklahoma 74159. Fax (918) 742-8509.

*The editors of Furniture Facts urge manufacturers* to send pictures
*and descriptions, philosophy of design, introductions and innovations
for review and possible inclusion in the next printing of Furniture
Facts©. The manufacturers' wares shown in this printing of Furniture
Facts© are not paid advertisements, but selected as representative of
industry trends in the spirit of the best interest of furniture industry.*

<u>EXHIBIT 2</u>

```
Type of Work:        Recorded Document

Document Number:     V2602P510

Date of Recordation:
                     1990-12-17

Entire Copyright Document:
                     V2602P510-513

Date of Execution: 22Oct90

Title:               Furniture facts & 1 other title.

Notes:               Purchase agreement and assignment.

Party 1:             Annette W. Wagner d.b.a. Furniture Facts Publications.

Party 2:             Selling Retail International.

Names:               Wagner, Annette W.
                     Furniture Facts Publications.
                     Selling Retail International.

===============================================================================
```

EXHIBIT 3



## The Collection: William & Mary (1689-1702)

**Home**    **About Us**    **Antique Shows**    **Gallery Exhibitions**    **Articles**    **Links** ✗✗✗✗✗✗·✗✗✗ · · · · · · ·

Stock # finder

The Collection

**Furniture**

Bookcases / Breakfronts / Cabinets
Bureaus / Secretaires
Desks / Writing Tables
Chests / Commodes / Side Cabinets / Tallboys
Side / Card / Tea Tables
Occasional / Breakfast / Dining Tables
Sideboards /Serving Tables
Console / Center Tables
Miscellaneous

**Chairs/Seating Furniture**

Singles
Pairs
Stools / Benches
Sets

**Mirrors**

**Paintings**

**Prints**

**Accessories**

Metalwork
Porcelain
Tea Caddies
Lamps / Wall Lights
Miscellaneous
Candlesticks / Candelabra
Glassware
Globes
Clocks

**Jewelry**

**Giftware (modern)**

**Search by Period +/-**

**Search by Style +/-**





## William & Mary (1689-1702)

**Historical** --- Upon ascending the English throne, Mary Stuart brought with her a Dutch husband, William of Orange, and from their reign evolved a new furniture style based on Dutch and French influences. From Holland came furniture, fabrics, and many Dutch Craftsman attracted by the prosperity in England. From France came highly skilled Huguenots fleeing religious persecution that brought their expertise to the Louis XIV style. These blending influence, as well as motifs borrowed from Spain, China and India were responsible for furniture that was relatively graceful, slender and of lighter style that heretofore characterized English furniture. The ear is noted also from the number of new pieces – such as the highboy –, which were introduced. Prosperous condition enabled the middle class for the first time to enjoy home comforts – once a privilege of only the extremely wealthy.

**General Attributes** --- The lines are basically rectangular, with the use of both curved and straight lines. Marquetry, veneering and lacquering were used quite extensively as decorative processes on table and cabinets; carving on chairs and sofas. Walnut replaced oak as the favorite wood, with holly and pear used for marquetry. Carving features motifs of seaweed, flowers, foliage, cupids, wreaths, c-scrolls and serpentine designs, often gilded, painted or lacquered. Among characteristic turnings on legs in the "Inverted Cup" – a bell shaped detail, which appears near the top of the leg. Trumpets shaped and octagonal legs are common. All types of feet are used – bun, pear, and club and hoof-shaped. Stretchers are set x -wise between the legs, with a finial at the conjunction.

The cabriole leg was introduced and it terminated in a cloven hoof foot. Use of upholstery appears extensively for the first time and fabrics were tapestry, petit point, embroidery, damasks, brocades, and velvets, figured chintzes.

**Chairs and Tables** --- Chair backs are high, slightly tilted and are either carved, upholstered or caned. Backs are also spooned or shaped to a person back. Seats are square with either upholstery or cane. Legs are straight and usually with a trumpet or "inverted cup" design that connect with x-wise stretchers. In rectangular tables, stretchers are governed by the size of the table, but are always flat and curved. Stretchers are also used on small tables. Legs are elaborate as in chairs. Cabriole legs appeared on later occasional tables. Round and oval gate-legged tables are found, as are splay-legged butterfly tables.

William & Mary (1689-1702)Period - Charlecote Antiques in Kansas City     Page 2 of 2

Contact     Register



**Other pieces** --- Stools have upholstered tops, heavy, elaborately carved legs and characteristic heavy stretchers, Cabinets and desk have shaped skits or aprons and drop handles on drawers. Top rails of cabinets are hooded with arched tops. Cabinets and highboys have six or eight legs, all connected with curved, flat stretchers. Bed stands are canopied with rich hangings, the four-corner post often surmounted with plumes. Upholstered settees or love seats resemble joined chairs with elaborately carved stretchers.

**Suggestions For Use** --- William and Mary furniture is reproduced only rarely today, but because of it grace and lightness goes well with 18th century and Queen Anne, especially occasional pieces.

337 East 55th Street, Kansas City, MO 64113
Tel: 816 444-4622 Fax: 816 444-0121
Email: charlecote@aol.com
Hours: Monday through Saturday, 10:00am until 5:00pm

Case 4:11-cv-00412-TCK-TLW   Document 2   Filed in USDC ND/OK on 06/30/11   Page 16 of 22
Queen Anne (1702-1714)Period - Charlecote Antiques in Kansas City

Page 1 of 2



**The Collection:
Queen Anne (1702-1714)**

**Home**    **About Us**    **Antique Shows**    **Gallery Exhibitions**    **Articles**    **Links** xxxxxxx.xxxx . . . . . . . .

Stock # finder

The Collection



**Furniture**

Bookcases / Breakfronts / Cabinets
Bureaus / Secretaires
Desks / Writing Tables
Chests / Commodes / Side Cabinets / Tallboys
Side / Card / Tea Tables
Occasional / Breakfast / Dining Tables
Sideboards /Serving Tables
Console / Center Tables
Miscellaneous

**Chairs/Seating Furniture**

Singles
Pairs
Stools / Benches
Sets

**Mirrors**

**Paintings**

**Prints**

**Accessories**

Metalwork
Porcelain
Tea Caddies
Lamps / Wall Lights
Miscellaneous
Candlesticks / Candelabra
Glassware
Globes
Clocks

**Jewelry**

**Giftware (modern)**

**Search by Period +/-**

**Search by Style +/-**

## Queen Anne (1702-1715)

**Historical** --- Pious, kind and domestic, Queen Ann ruled in one of the brilliant period in English history. England was rapidly becoming the most powerful nation in the world and home furnishings were keeping pace, for no longer were the rich the only ones to enjoy them. The furniture of this period has its beginning in the styles of William and Mary and proceeded into the early Georgian styles. Queen Anne furniture is noted for its charming simplicity, delicate proportions, graceful curving lines and veneered walnut surface. It was also the most comfortable furniture produced up to this time.

**General Attributes** --- The most recognizable features of Queen Anne furniture are the cabriole leg and graceful curving lines. Dutch influence and simplicity of ornament is apparent. Carving when used, is simple and in low relief. Corners are rounded and pieces shaped to fit the body rather than to follow the straight lines of previous styles. Walnut was used almost exclusively, although mahogany was to appear in later pieces. Gilding and lacquer were sometimes used as decoration. The principal motif, introduced from Holland, was the shell, which appears at the knees of cabriole legs, the top of the chair splat or the center of the seat frame. Decorated Queen Anne style (1715-1725) was the greater elaboration of carving and in which additional motifs of honeysuckle, rosettes and husk were utilized. Favored upholstering fabrics are needlepoint, chintz, damasks, velvets and tapestries.

**Chairs and Tables** --- Typical chairs have high rounded backs and cabriole legs derived from China via Holland. Cabriole legs usually terminated in club (Dutch) or claw and ball feet. The single curved splat (Fiddle back) was designed to afford more comfort and was so successful that very few chairs with upholstered back were made at this time. Wing chairs have sturdy, comfortable lines. Chair back rails are continuations of the rear legs. Seats have rounded front corners, and backs of seats are considerably narrower than the front. The lower edge of the seat frame is often shaped. Tables generally had an oval or circular top, cabriole legs, and were sometimes designed with more than four legs.

**Miscellaneous Pieces** --- Highboys generally have cabriole legs, connected with stretchers in early pieces. In early models, the tops are flat, in later ones; highboys and tall cabinets have broken pediments with shaped finials at outer edge and center. Other popular pieces include the china cabinet, lowboys, bureaus, wardrobes and secretaries, and have the same general characteristics as the highboys. Settees or "Loves seats" have upholstered seats, and two joined chair backs usually with five legs.

**Suggestions For Use** --- The simplicity and gracefulness, together with its comfort, of Queen Anne styling lets it fit exceptionally well into apartments and homes. It mixes extremely well with contemporary or 18th century walnut pieces.

**Contact**    **Register**

337 East 55th Street, Kansas City, MO 64113
Tel: 816 444-4622 Fax: 816 444-0121
Email: charlecote@aol.com
Hours: Monday through Saturday, 10:00am until 5:00pm

 




 

Jump to items **1-12**|13-24|25-26                    Jump to page **1** | 2 | 3

## Chippendale (1740-1779)

**Historical** --- While considered one of the outstanding designers in furniture history, Chippendale's position has been reappraised in recent years and it appears that all designs attributed to him cannot be fully upheld. Evidence now suggests that other designers were responsible for designs that bear the Chippendale label. Regardless, his position in the history of furniture is secure and he holds the distinction of being the first individual that was not a reigning monarch to give his name to a furniture style. His reputation was firmly established with his 1754 publication of the Gentlemen and Cabinet Makers Directory, a valuable record of 18th century English Cabinetwork.

**General Attributes** --- Chippendale's work is commonly divided into three periods: The French, Chinese and Gothic. The furniture was rich, graceful, refined; substantial, but not heavy. At times, comfort is sacrificed to appearance in some chairs with their sharply carved decorative backs. Early Chippendale pieces have cabriole legs and other features common to early 18th century furniture. Later pieces have a straight leg. French inspired pieces were given English sturdiness of construction. Chippendale relied mainly on carving for decoration. Mahogany ideal for carving was his favored wood. Acanthus, shell, acorns, roses, dolphins and scrolls are familiar motifs. Fretwork is extensively used -- veneering occasionally also gilding and lacquering. Inlay or marquetry was never used. Upholstering materials included leather, needlepoint, tapestries, velvets and brocades.

**Chairs** --- Depending on the period, chairs with open backs are a variety of design. The most famous were the ribband=back (ribbon), ladder-back and Chinese fretwork or latticework. In all designs, splats extend from top to rear seat frame. Chair arms generally join the back at the angle to give effect of roominess. Chairs of French and Early Georgian inspiration have cabriole legs with carved knees and more pronounced curves than of Louis XVI and are more slender in and scroll. In Gothic and Chinese styles, front lets are straight and the feet are plain. In all styles, back legs are slender and plain. Chair seats are upholstered.

**Miscellaneous Pieces** --- The dining table was essentially plain with either straight or cabriole legs. Divans have flaring arms and straight or cabriole legs. Cabinet's bookcases and chest are characterized graceful, swelling front and sides occasionally front or serpentine. Larger pieces have broken pediment tops, a dominant Chippendale characteristic. Chippendale also designed beds, settees, lowboys, desks, clock cases, mirrors and many other pieces, but no sideboards.

**Suggestions For Use** --- Chippendale is probably the most reproduced furniture of the English periods and mixes with Early Georgian, Hepplewhite, Sheraton and Adams.



# The Collection: Adam (1760-1792)

**Home**    **About Us**    **Antique Shows**    **Gallery Exhibitions**    **Articles**    **Links**    x Stock # Index x x x x . . . . . . .



### The Collection

#### Furniture

Bookcases / Breakfronts / Cabinets
Bureaus / Secretaires
Desks / Writing Tables
Chests / Commodes / Side Cabinets / Tallboys
Side / Card / Tea Tables
Occasional / Breakfast / Dining Tables
Sideboards /Serving Tables
Console / Center Tables
Miscellaneous

#### Chairs/Seating Furniture

Singles
Pairs
Stools / Benches
Sets

#### Mirrors

#### Paintings

#### Prints

#### Accessories

Metalwork
Porcelain
Tea Caddies
Lamps / Wall Lights
Miscellaneous
Candlesticks / Candelabra
Glassware
Globes
Clocks

#### Jewelry

#### Giftware (modern)

#### Search by Period +/-

#### Search by Style +/-



## Adam (1760-1792)

**Historical** --- Using Adelphi, the Greek word for brothers" as their trademark, the brothers Adam created a new classic furniture style known by their name. Of the four brothers who were architects, Robert - the second and most famous -- was so influenced by the architectural discoveries of the Pompeian excavations that he and his brothers designed houses in this classic style. No furniture could be found to harmonize these interiors and prominent cabinetmakers were commissioned to make it from Robert Adam designs. The designs developed by Robert Adam was inspiration and dominating factor in English furniture design for practically all of the remaining years of the 18th century.

**General Attributes** --- Adam designed his furniture to form a basic part of his decorative scheme and this gave each room an atmosphere of formal elegance and spaciousness. All Adam designs are characterized by restraint, delicacy and classic simplicity. Proportions are medium weight and lines are straight and rectangular with only a few curves. Construction is simple. Carvings, veneering, inlays and paintings effect ornamentation.

Classical motifs predominate: Lyre drapery swags, rams heads, medallions, pendent husk and honeysuckle. The classic urn however was the most commonly used feature. Adam pieces are also noted for daintily carved moldings. All seating pieces were upholstered with the primary fabrics being moires, brocades, damasks and satins. While mahogany, sycamore, ebony and other woods were being used, satinwood was used to such an extent that the era is known as the Age of Satinwood.

**Chairs** --- Chairs have slim, tapered legs, round or square and often fluted that typically terminate in a small molded foot. Splats have a variety of designs, husks urns, honeysuckle and above all the lyre. Shields shaped backs by Adams are usually solid. Arms are generally straight and shaped and rest of incarnate supports. In early examples, chair arms were secured to the side seat rails but were later supported by an extension of front legs. Stretchers rarely appear.

**Table** --- Tables are usually long and narrow with decorated side rails, under framings and moldings. Legs are straight and fluted or turned. More than for legs are sometimes used. Tops were commonly of marble or scagliola.

**Other Pieces** --- Adam was partial to long benches and window seats because they added formal effect to the drawing room. Other items -- all bearing the classical Adam earmarks --- were mantels, sideboards, upholstered divans, settees, daybeds, commodes, beds, chest, mirrors and desks.

**Suggestion For Use** --- Replicas of dining room and bedroom pieces are now made in both walnut and mahogany. This style mixes well with Hepplewhite, Sheraton, Phyie, Empire, Louis XIV and Chippendale, but requires a harmonious background.

**Contact      Register**



# The Collection: Hepplewhite (1770-1786)

**Home     About Us     Antique Shows     Gallery Exhibitions     Articles     Links** ✕✕✕✕✕✕·✕✕✕ · · · · · ·

Stock # finder

The Collection

Viewing items 1 to 8 of 8

 

 

 

 

**Furniture**

Bookcases / Breakfronts / Cabinets
Bureaus / Secretaires
Desks / Writing Tables
Chests / Commodes / Side Cabinets / Tallboys
Side / Card / Tea Tables
Occasional / Breakfast / Dining Tables
Sideboards /Serving Tables
Console / Center Tables
Miscellaneous

**Chairs/Seating Furniture**

Singles
Pairs
Stools / Benches
Sets

**Mirrors**

**Paintings**

**Prints**

**Accessories**

Metalwork
Porcelain
Tea Caddies
Lamps / Wall Lights
Miscellaneous
Candlesticks / Candelabra
Glassware
Globes
Clocks

**Jewelry**

**Giftware (modern)**

**Search by Period +/-**

**Search by Style +/-**

## Hepplewhite (1770-1786)

**Historical** --- Hepplewhite is not a period, but a style of the Georgian period of the 18th century. As with Chippendale and later Sheraton, George Hepplewhite published a book that expressed the prevailing taste in furniture design. The Cabinetmaker and Upholsterers Guide was compilation of designs by many contemporary contributors including Hepplewhite. Thus, the name Hepplewhite conveys a style rather than one

man's handiwork --- a style lighter, and with more graceful elegance than Chippendale.

Contact     Register



**General Attributes** --- Elegance was the basis of the Hepplewhite style with graceful, refined slender lines and proportions. The designs were inspired by the designs of the Adam Brothers and the Louis XVI style. Chairs, settees and other pieces are all built on a smaller scale than heretofore produced. Design characteristics are slender, fluted legs and rather low backs, which give somewhat fragile appearance. Spade feet are definite characteristics. Graceful curves predominate rather than straight lines. Dainty carving is sparingly used and consists mostly of classical motifs: wheat ears, ferns, palmettes, urns, husks and the three Prince of Wales feathers which he introduced. Veneering and inlays are skillfully employed. Mahogany is the favored wood with satinwood, birch, sycamore and rosewood also utilized. For upholstery, horsehair stuffing came into use with silks, satins, damasks and brocades.

**Chairs** --- Like Chippendale, Hepplewhite devoted mush if his attention to the all-important chair and his designs are noted for their elegant simplicity and graceful delicacy. Backs are seldom upholstered, almost always open and generally are shield-draped (or shield variants, such as the hoop, interlaced heart, oval, etc…). In the shield back, Hepplewhite kept the curve at the top unbroken (in contrast to Sheraton who also used shield designs). Oval backs have vase or lyre-shaped back splats. Hepplewhite backs rarely extend to the seat frame, always being supported above it by the back posts. Chair arms were wither straight or slightly sloped forward and rested on inculcate supports extending to the front legs. Chair legs are generally square and tapered, often ending in spade feet. Easy chairs have protecting wings, rolled arms and generous curved lines, with straight legs connected by stretchers.

**Miscellaneous Pieces** --- Hepplewhite dining tables were made in three sections; an oblong center table with drop leaves and two semi-circular end tables normally designed with a drop leaf. (Each section had four legs with the same characteristics as the chair legs.) When not in use, the end tables served as side tables. One type of settee is actually a long chair with several shield or oval chair backs joined together. Upholstered sofas indicate strong French influence. The backs are a series of slowing curves building up to a central "Hump" – or else are a simple low curve. Arms are upholstered or carved; some models have eight legs, some seven. Hepplewhite was instrumental is developing that new convenience in curves, with six legs, usually square and tapered and spade feet. His designs have concave corner construction differentiating them from Sheraton designs, which have convex corners.

337 East 55th Street, Kansas City, MO 64113
Tel: 816 444-4622 Fax: 816 444-0121
Email: charlecote@aol.com
Hours: Monday through Saturday, 10:00am until 5:00pm

Sheraton (1780-1806)Style - Charlecote Antiques in Kansas City                                    Page 2 of 3

 

Contact     Register



## Sheraton (1780-1860)

**Historical** --- A genius of great versatility, Thomas Sheraton, was an inventor, author, artist, mechanic, teacher, preacher and furniture designer. Considered by many as the greatest furniture designer of all, his style was the last of the five great styles of the 18th century, a time referred to as the golden age of English cabinetwork. Not a master craftsman himself, he exerted a tremendous influence of furniture craftsmen through the designs in his four books. These designs, which are now characterized as the Sheraton style, were very much an anthology of other men's ideas –Adam, Shearer, Hepplewhite, and the Louis XVI style. (These influences produced the "Early Sheraton" style for which he best remembered, and which is in marked contrast to the "Late Sheraton" style wherein his designs were influenced by the French Directories and French Empire styles.) Sheraton is considered to have built the first twin beds, roll-top-desk, kidney-shaped tables and dual-purpose furniture. Sheraton was a man of brilliant abilities but largely due to his eccentric character, never attained financial success and his life was one of abject poverty and disappointment.

**General attributes** --- Sheraton's design can best be defined as slender, refined, and delicate – even dainty – in appearance but structurally sound and durable in construction. All pieces are well proportioned, straight lines predominating although curves are used to good effect in pieces such as sideboards, Ornament was graceful, delicate and elegantly refined. Inlay and marquetry are extensively used for decoration, also classical carvings of urns, lyres, ferns, and shell and drapery swags. Graceful oval panels of richly figured veneered wood were especially characteristic of Sheraton's design. Sheraton produced mahogany furniture for dinning rooms, bedrooms, libraries, rosewood, satinwood, and painted furniture for drawing rooms. Upholstering fabrics included plain, striped and flower satins, silks and damasks and occasional use of cane.

**Chairs** --- Chair are finely proportioned have a splendid distribution of ornament and convey a most fragile delicacy. Legs are slender fluted, round or square, tapered down to natural or spade feet. Early Sheraton chairs backs are square or rectangular with delicately carved openwork design of fretwork panels, urns, lyre or turned posts, shields or cane. Splats do not extend to the seat rail but are supported on a horizontal crosspiece raised several inches above the seat. The top rail of the chair back was commonly straight. Arms rests curve gracefully out from back to front supports, which are usually continuations of the front legs. Seats are rectangular, nearly square, but taper slightly toward the back. In upholstered chairs, Sheraton – differing from Hepplewhite – allowed the seat frame to show as visible support for cushioning.

**Sideboards and Tables** --- Both have slender tapered legs, similar to chairs, usually without stretchers. General lines of sideboards are straight with convex curves on corners and front (in contrast to Hepplewhite's designs which have concave curves at corners). Concealed in the sideboard interior were various small drawers, shelves and boxes. Sheraton designed many types of tables. Some have tripod pedestal bases, others have drop leaves. Oval tops appear on occasional pieces. Secretaries are delicate and well proportioned. Bookcases often have shaped pediments and curved traceries on glazed doors. Sofas are graceful with light, slender legs.

**Suggestions For Use** --- Extensively reproduced today, the Sheraton style combines well with other late Georgian, Louis XVI and Duncan Phyfe styles.

337 East 55th Street, Kansas City, MO 64113
Tel: 816 444-4622 Fax: 816 444-0121